**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: RONALD THOMAS DRACOS
SPN: 01715686    Cell: 5H1
Street: 1200 BAKER STREET
HOUSTON, TEXAS 77002



**INDIGENT**




U.S. POSTAGE
ZIP 77002
02 4W
0000368784

UNITED STATES DISTRICT COURT
515 RUSK
HOUSTON TEXAS

United States Courts
Southern District of Texas
FILED
APR 20 2020
David J. Bradley, Clerk of Court